UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CLAUDIA L. HART, et al.,

        Plaintiffs,                         Case No. 2:19–cv–41

      v.                              Hon. Paul L. Maloney

NORTHERN MICHIGAN UNIVERSITY,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Settlement Conference
Date/Time:            August 17, 2020   12:00 PM
Magistrate Judge:   Phillip J. Green
Place/Location:      by video

                                   PHILLIP J. GREEN
                                   U.S. Magistrate Judge

Dated:  August 17, 2020       By:   _/s/ Jessica K. Wright_____
                                     Judicial Assistant