UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

CLAUDIA L. HART,
CAROL S. STEINHAUS,
KARIN M. STULZ, and
MARGARET E. VROMAN,

      Plaintiffs,

vs.

NORTHERN MICHIGAN
UNIVERSITY, a public entity,

      Defendant.

Case No. 2:19-cv-00041
Hon. Paul L. Maloney
Magistrate Phillip J. Green

_____/

| | |
|---|---|
| Raymond J. Sterling (P34456) | Megan P. Norris (P39318) |
| Brian J. Farrar (P79404) | Kurt P. McCamman (P51477) |
| Attorneys for Plaintiffs | Kamil Robakiewicz (P80866) |
| Sterling Attorneys at Law, P.C. | Attorneys for Defendant |
| 33 Bloomfield Hills Pkwy., Ste. 250 | Miller, Canfield, Paddock and |
| Bloomfield Hills, MI 48304 |   Stone, P.L.C. |
| (248) 644-1500 | 277 S. Rose Street, Suite 5000 |
| rsterling@sterlingattorneys.com | Kalamazoo, MI 49007 |
| bfarrar@sterlingattorneys.com | (269) 383-5818 |
| | norris@millercanfield.com |
| | mccamman@millercanfield.com |
| | robakiewicz@millercanfield.com |

_____/

**STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES**

At a session of the Court held in the Western District of Michigan
on     September 22, 2020   

PRESENT: Hon.  PAUL L. MALONEY  
                      U.S. District Court Judge

This case has been settled and is thus dismissed with prejudice and without costs or attorney fees.

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge

We stipulate to entry of this order:

/s/Brian J. Farrar
Brian J. Farrar (P79404)
Attorney for Plaintiff

/s/Kamil Robakiewicz
Kamil Robakiewicz (P80866)
Attorney for Defendant